# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on April 8, 1999
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code __U[DM\]vahvf__

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

United States of America

v.

No.   94-CR-00499-001-TUC-JMR

MORALES, Edwardo Jose

### WAIVER AND ORDER

### Modification of Probation

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, 18 USC, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

( )   any unfavorable modification of my conditions of probation.

(X)   any unfavorable modification of my conditions of supervised release.

I hereby voluntarily waive my statutory rights (as marked above) and agree to the following modification of my probation conditions:

1.   The defendant shall reside at the House Inc., for up to 120 days and shall comply with the rules of the facility.

ORDER OF COURT

Considered and ordered this _3/_ day of _March_ 19 _99_ and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge

_____ 3-25-99
Probationer/Date

_____ 3/25/99
U. S. Probation Officer/Date

_____ 3-25-99
Supervising U. S. Probation Officer/Date