# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on August 18, 2000
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code _V[DQSThk\hT

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

United States of America

v.

No. 94-CR-00499-001-TUC-JMR

MORALES, Edwardo Jose

## WAIVER AND ORDER

### Modification of Supervised Release

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, 18 USC, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

( )   any unfavorable modification of my conditions of probation.

(X)   any unfavorable modification of my conditions of supervised release.

I hereby voluntarily waive my statutory rights (as marked above) and agree to the following modification of my probation conditions:

1. Participate in a Home Confinement Program with electronic monitoring for a period of 60 days. Contribute to the cost of electronic monitoring in an amount to be determined by the probation officer.

_____  5-11-00
Probationer/Date

_____  8/11/00
U.S. Probation Officer/Date

### ORDER OF COURT

Considered and ordered this 17 day of August 2000, and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge

Curtis Clark  8-14-00
Supervising U. S. Probation Officer/Date

(cc)
USA, PO, JMR