# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

United States of America

v.

No. 94-CR-00499-001-TUC-JMR

MORALES, Edwardo Jose

### WAIVER AND ORDER

#### Modification of Supervised Release

I recognize that I have a statutory right under Rule 32.1, Federal Rules of Criminal Procedure, 18 USC, to assistance of counsel (appointed or retained) and a modification hearing in connection with:

( )  any unfavorable modification of my conditions of probation.

(X)  any unfavorable modification of my conditions of supervised release.

I hereby voluntarily waive my statutory rights (as marked above) and agree to the following modification of my probation conditions:

1.  In lieu of participation in a Home Confinement Program with electronic monitoring for a period of 60 days, the client agrees to pay a $400 fine.

_____ 11-22-00
Probationer/Date

_____ 11-22-00
U.S. Probation Officer/Date

ORDER OF COURT

Considered and ordered this 30 day of November 2000 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

_____ 11-22-00
Supervising U. S. Probation Officer/Date